**Opinion issued June 11, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00581-CV

————————————

## IN RE GENESIS ENERGY LLC AND GENESIS MARINE, LLC, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators Genesis Energy LLC and Genesis Marine, LLC have filed a petition for writ of mandamus complaining of the trial court's order on relators' motion to exclude witnesses and medical records.[1] We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *Nathaniel Martinez v. Genesis Energy LLC and Genesis Marine, LLC*, cause number 2023-64696, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.